BAKER et al. v. FEDERAL OIL & GAS CO.† (Circuit Court of Appeals, Third Circuit. November 27, 1911.) No. 1,557. Appeal from the Circuit Court of the United States for the District of Delaware. In Equity. Suit by Frank R. Baker and James K. Mitchell against the Federal Oil & Gas Company. From a decree of dismissal complainants appeal. Affirmed. John R. Nicholson, of Wilmington, Del., for appellants. Andrew C. Gray, of Wilmington, Del., and E. J. Kent, of Pittsburgh, Pa., for appellee. Before BUFFINGTON and LANNING, Circuit Judges, and McPHERSON, District Judge.

PER CURIAM. While the members of this court have had different grounds for arriving at such conclusion, and do not find it necessary to express an opinion concerning the applicability of the ninety-fourth equity rule (29 Sup. Ct. xxxvii), all unite in holding that the decree of dismissal should be affirmed, with costs.

---

CURTIN v. BENSON et al. (Circuit Court of Appeals, Ninth Circuit. May 6, 1912.) No. 1,600. Appeal from the Circuit Court of the United States for the Northern District of California. See, also, 158 Fed. 383. Marshall B. Woodworth, for appellant. John L. McNab, U. S. Atty., for appellees.

PER CURIAM. On motion of Mr. Woodworth, counsel for appellant, ordered appeal dismissed.

---

THE HAIDA. (Circuit Court of Appeals, Second Circuit. April 8, 1912.) No. 198. Appeal from the District Court of the United States for the Southern District of New York. Blodgett, Jones & Burnham (E. E. Blodgett, of counsel), for appellant. Convers & Kirlin (J. Parker Kirlin and William H. McGrann, of counsel), for appellee. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree affirmed, with costs, on opinion of the District Judge. 191 Fed. 623.

---

HOLT v. HENLEY. (Circuit Court of Appeals, Fourth Circuit. February 23, 1912.) No. 1,063. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. In Bankruptcy. See, also, 193 Fed. 1020. S. O. Bland and R. T. Armistead, for appellant. Norvell L. Henley, Henley & Henley, O. D. Batchelor, and Christian, Gordon & Christian, for appellee.

PER CURIAM. Decree of District Court affirmed, with costs. Decree filed. March 11, 1912, petition of appellant for appeal to Supreme Court of the United States, assignment of errors, and order allowing appeal filed. March 14, 1912, appeal bond filed and approved. Citation issued and service of citation acknowledged. March 28, 1912, certified transcript of record, together with the original citation, transmitted to the Supreme Court of the United States at Washington, D. C.

† Rehearing denied.